IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHARLES PRESIDENT, as
Personal Representative of the
Estate of Gwendolyn Kelly Jones,**

    **Plaintiff,**

v.                                                            CASE NO. 4:13-cv-291-MW/CAS

**CAPITAL CITY BANK,**

    **Defendant.**

_____/

## ORDER CLOSING THE FILE

The parties have filed a stipulation for dismissal with prejudice, ECF No. 17, filed December 9, 2013. The notice is effective without an order from the Court. See Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2002). Accordingly, the Clerk must close the file.

**SO ORDERED on December 10, 2013.**

                                                 **s/Mark E. Walker**
                                                 **United States District Judge**